UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE OF CALIFORNIA,

        Plaintiff,                           Case No. 19-cv-13596
                                                Hon. Matthew F. Leitman

v.

TOYO TIRE CORPORATION, et al.,

        Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                            s/Matthew F. Leitman        
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2019, by electronic means and/or ordinary mail.

                            s/Holly A. Monda        
                            Case Manager
                            (810) 341-9764